# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| PATRICIA MARIE FLUKER, §<br>INDIVIDUALLY AND AS §<br>AS REPRESENTATIVE OF THE ESTATE §<br>OF JULIE ANNE BENTLEY ANDERSON §<br>    Plaintiff, §<br> §<br> §<br>vs. §<br> §<br>BECTON, DICKINSON AND COMPANY, §<br>INC. d/b/a BD MEDICAL SYSTEMS §<br>    Defendant §| C.A. NO. G-06-564 |

## ORDER OF DISMISSAL

ON THIS DATE, came on to be heard the Plaintiff's Unopposed Motion to Dismiss Without Prejudice, and the Court, after having reviewed the pleadings on file and the evidence necessary for the disposition of this matter, is of the opinion that said motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that this lawsuit and all claims made in this lawsuit are hereby dismissed, WITHOUT PREJUDICE to the refiling of the same, all parties to bear their own costs.

DONE on the ___5___ day of ___Jan.___, 200_7_.

_____
HONORABLE SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE